## HOUSING AUTHORITY OF THE CITY OF ST. JOSEPH, MISSOURI, Respondent,

v.

## COINMACH CORPORATION, d/b/a Allied Laundry Equipment Company, Appellant.

### No. WD 64581.

Missouri Court of Appeals, Western District.

June 7, 2005.

Stephen Girard Mirakian, Kansas City, for Appellant.

Leroy C. Tieman, St. Joseph, for Respondent.

Before JAMES M. SMART, JR., Presiding Judge, RONALD R. HOLLIGER, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Coinmach Corporation appeals from a trial court judgment in favor of the St. Joseph Housing Authority. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Rule 84.16(b).